# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CARL E. HAWKINS**  **PLAINTIFF**
**#147149**
v.                    No: 3:21-cv-00021 JM

**DALE COOK,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Carl E. Hawkins filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 25, 2021 (Doc. No. 2). On January 26, 2021, the Court entered an order directing Hawkins to file an amended complaint clarifying his claims within 30 days. *See* Doc. No. 3. Hawkins was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Hawkins has not complied or otherwise responded to the January 26 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Hawkins's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 16th day of March. 2021.

_____
UNITED STATES DISTRICT JUDGE