IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARL E. HAWKINS**  **PLAINTIFF**
**#147149**

v.                    No: 3:21-cv-00021 JM

**DALE COOK,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 16th day of March. 2021.

_____
UNITED STATES DISTRICT JUDGE